TIMOTHY COURCHAINE
United States Attorney
District of Arizona
RUI WANG
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: rui.wang@usdoj.gov
Attorneys for Plaintiff

FILED

2025 SEP 10 PM 12: 26

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR25-03842 TUC-RCC(EJM)

VICTIM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,

　　　　　　Plaintiff,

　　vs.

Ishi Woney,

　　　　　　Defendant.

**INDICTMENT**

Violations:

18 U.S.C. § 111(a)(1) & (b) and 7(3)
Assault on a Federal Officer – Bodily Injury
Count 1

**THE GRAND JURY CHARGES:**

On or about January 1, 2024, in the District of Arizona, at the Federal Correctional Complex in Tucson, on land acquired for the use of the United States and under the concurrent jurisdiction thereof, the defendant, ISHI WONEY, did intentionally and forcibly assault Senior Officer Specialist D.E., a person designated under Title 18, United States Code, Section 1114 as a federal officer, while Officer D.E. was engaged in and on account of the performance of his official duties, and in the commission of such assault,

/ / /

/ / /

/ / /

the defendant inflicted bodily injury, making physical contact with said officer.

All in violation of Title 18, United States Code, Sections 111(a)(1) & (b), and 7(3).

A TRUE BILL

/S/

FOREPERSON OF THE GRAND JURY
Dated: September 10, 2025

REDACTED FOR
PUBLIC DISCLOSURE

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

/S/

RUI WANG
Assistant U.S. Attorney

*United States of America v. Ishi Woney*
*Indictment Page 2 of 2*